HAYWARD (UNITED STATES v.). See Case No. 15,336.

# Case No. 6,274.

## In re HAYWOOD.

[Nowhere reported; opinion not now accessible.]